United States District Court
Western District of Virginia
Big Stone Gap Division

United States of America

V.                               Case # 2:15CR00015

Daniel Jay Greear              8/1/2022

## Motion requesting the removal of Aggregated Sentencing Procedure

Comes before the Court Daniel Jay Greear filing Pro-se, requesting to remove the Aggregated Sentencing Procedure: Aggregated Group 800 PLRA. Greear's charges of 18 USC 924C and 21:846 SEC 841-851 are filed as an aggregated group, effectively making Greear ineligible for earned time credits under the First Step Act. If the Aggregated Group 800 PLRA is removed Greear will be eligible for earned time credits on the charge of 21:846 SEC 841-851. Greear has now served over 6 years of his 120 month sentence (60.8%). Therefore he has completed the 60 months mandatory minimum for 18 USC 924C, and should be able to earn time credits for the 21:846 SEC 841-851 portion of his sentence.

"1"

Greear has been a model inmate throughout the entirity of his sentence and has worked for Unicor for 6 years.

### Conclusion

Greear requests that the Aggregated Group be removed so that he may earn FTC earned time credits. Greear prays that the Court sees that he has been participating in recidivism reducing programs and deserves to earn time credits.

Respectfully Submitted,

Daniel J. Greear

Daniel J. Greear
#19191-084
FCI Beckley Camp
PO Box 350
Beaver WV 25813

"2"

```
  BECJH   540*23  *        SENTENCE MONITORING         *    07-12-2022
  PAGE 001         *         COMPUTATION DATA          *    06:58:59
                              AS OF 07-12-2022

REGNO..: 19191-084 NAME: GREEAR, DANIEL JAY


FBI NO............: 585077CD3         DATE OF BIRTH: 02-28-1988 AGE:  34
ARS1..............: BEC/A-DES
UNIT..............: CAMP GP            QUARTERS.....: E03-132L
DETAINERS.........: NO                 NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-16-2024

THE INMATE IS PROJECTED FOR RELEASE: 12-16-2024 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: VIRGINIA, WESTERN DISTRICT
DOCKET NUMBER...................: DVAW215CR000015-010
JUDGE...........................: JONES
DATE SENTENCED/PROBATION IMPOSED: 07-18-2016
DATE COMMITTED..................: 08-30-2016
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS    MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:   $200.00          $00.00            $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846,21:841(B)(1)(C) CONSPIRACY TO DISTRIBUTE AND POSSESS
         WITH INTENT TO DISTRIBUTE FIVE KILOGRAMS OF ALPHA-PVP, CT.1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 020
 DATE OF OFFENSE................: 06-01-2015




G0002        MORE PAGES TO FOLLOW . . .
```

```
BECJH    540*23  *           SENTENCE MONITORING           *     07-12-2022
PAGE 002          *           COMPUTATION DATA              *     06:58:59
                               AS OF 07-12-2022

REGNO..: 19191-084 NAME: GREEAR, DANIEL JAY


-------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  130     18:924(C) FIREARMS LAWS         FSA INELIGIBLE
OFF/CHG: 18:924(C) POSSESSION OF FIREARM IN FURTHERANCE OF A DRUG
         TRAFFICKING CRIME, CT.14

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S TO OBLG 010
 DATE OF OFFENSE................: 02-01-2014

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-02-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-07-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

 DATE COMPUTATION BEGAN.........: 08-30-2016
 AGGREGATED SENTENCE PROCEDURE..: AGGREGATE GROUP 800 PLRA
 TOTAL TERM IN EFFECT...........:   120 MONTHS
 TOTAL TERM IN EFFECT CONVERTED.:    10 YEARS
 AGGREGATED TERM OF SUPERVISION.:     3 YEARS
 EARLIEST DATE OF OFFENSE.......: 02-01-2014

 JAIL CREDIT....................:    FROM DATE     THRU DATE
                                     11-19-2013    11-20-2013
                                     02-28-2014    05-16-2014
                                     09-14-2015    09-14-2015




G0002          MORE PAGES TO FOLLOW . . .
```

```
 BECJH   540*23  *           SENTENCE MONITORING          *      07-12-2022
PAGE 003 OF 003  *           COMPUTATION DATA             *      06:58:59
                             AS OF 07-12-2022

REGNO..: 19191-084 NAME: GREEAR, DANIEL JAY


TOTAL PRIOR CREDIT TIME.........: 81
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 12-16-2024
ELDERLY OFFENDER TWO THIRDS DATE: 02-08-2023
EXPIRATION FULL TERM DATE.......: 06-09-2026
TIME SERVED.....................:     6 YEARS       1 MONTHS       3 DAYS
PERCENTAGE OF FULL TERM SERVED..: 60.8
PERCENT OF STATUTORY TERM SERVED: 71.4

PROJECTED SATISFACTION DATE.....: 12-16-2024
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: V/S TO GIL 08-30-16.F/PMM; 3-2-20 FSA GCT UPDATE F/BNB;




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Daniel Greear 19191-084
FCI Beckley Camp
PO Box 350
Beaver WV 25813

CHARLESTON WV 250
5 AUG 2022 PM 1 L

U.S. District Court
Office of the Clerk
108 W Main St. #104
Abingdon Va 24210